No. 04–5615. TURNER v. GEORGETOWN UNIVERSITY LAW CENTER. Ct. App. D. C. Certiorari denied.

No. 04–5619. THOMAS v. MCBRIDE, WARDEN. Cir. Ct. Monongalia County, W. Va. Certiorari denied.

No. 04–5622. DONOVAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–5625. CONFORTI v. MILLER, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5626. CORBEIL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5627. ELLIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–5629. WILKERSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5638. WEINLEIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5640. SMITH v. *NSYNC ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5643. VOLITON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5644. BRENNAN v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 04–5648. FREGOSO, AKA FREGOSO GUADALUPE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5649. HIGHSMITH v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 04–5650. IZUEL v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.